THOMAS A. MARINO  
United States Attorney  
G. MICHAEL THIEL  
Assistant U.S. Attorney  
311 Wm. J. Nealon Federal Building  
Washington & Linden  
Scranton, PA  18503  
Phone:  (570)348-2800  

Attorneys for Plaintiff  

UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF PENNSYLVANIA  

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:00-MC-179 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | SATISFACTION OF JUDGMENT |
| | ) | (Caldwell, J.) |
| | ) | |
| NELSON GONZALEZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   Full satisfaction is hereby acknowledged of that certain judgment entered on May 15, 1997, in favor of the United States of America, against the above-named defendant.  The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED:   July 7, 2005

                                        THOMAS A. MARINO  
                                        United States Attorney  

                                        /s G. MICHAEL THIEL  
                                        G. MICHAEL THIEL  
                                        Assistant U.S. Attorney  

                                        KAREN M. MUSLOSKI  
                                        Paralegal Specialist